UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROXANNE LEE EVERETT,

      Plaintiff,                        Case No. 2:10-cv-11827

v                                          Hon. Arthur J. Tarnow

BRISTOL WEST INSURANCE COMPANY,
AND BRISTOL WEST PREFERRED
INSURANCE COMPANY,

      Defendants.

| John T. Alexander (P43789) | Lori McAllister (P39501) |
|---|---|
| Alexander & Angelas, P.C. | Dykema Gossett PLLC |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 30200 Telegraph Rd., Ste. 400 | Capitol View |
| Bingham Farms, MI 48025 | 201 Townsend Street, Suite 900 |
| (248) 290-5600 | Lansing, MI 48933 |
| john@alexanderandangelas.com | (517) 374-9150 |
| | lmcallister@dykema.com |

## **FINAL JUDGMENT**

This matter having come before the Court pursuant to the Preliminary Approval Order and Order Lifting Stay of Proceedings (the "Preliminary Approval Order") entered on June 15, 2012, for the purpose of determining: (i) whether the settlement of the Litigation, on the terms and conditions set forth in the Settlement Agreement dated June 7, 2012 between a Settlement Class ("Class") and Defendants Bristol West Insurance Company and Bristol West Preferred Insurance Company (individually and collectively, "Bristol West"), previously submitted to the Court ("Settlement Agreement"), should be approved as fair, reasonable and adequate; (ii) the amount of attorneys' fees and expenses to award Class Counsel and the amount of compensation

to award the class representative; (iii) whether the plan of distribution is fair and reasonable; and (iv) whether a Final Judgment should be entered.

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, this class action cannot be compromised without the approval of this Court, finding that the Class Members have been afforded reasonable notice of the proposed settlement and an opportunity to be heard, and that the settlement is fair, adequate, and reasonable. Having conducted the required analysis, and after consideration of all facts and circumstances, including those adduced at the fairness hearing, the Court finds and concludes for purposes of settlement only that the requirements of Rule 23 have been satisfied, that the settlement is fair, adequate and reasonable, and that Settlement Class members received reasonable notice of such settlement and an opportunity to be heard.

Having considered the record in this action, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Class certification is hereby confirmed, for settlement purposes only, of a Class defined as follows:

> All individuals who purchased, at additional premium, a Michigan automobile No-Fault insurance policy from Bristol West between May 6, 2004 and May 6, 2012, inclusive, which contained underinsured motorists coverage with limits of $20,000 per person/$40,000 per occurrence, including any of their heirs, executors, administrators, personal representatives, successors and/or assigns.

2. The Court finds that counsel for the Plaintiff is competent to serve as Class Counsel and will fairly and adequately represent the interests of the Class.

3. Based on the evidence presented at the hearing, the Court finds that notice has been given to Class Members pursuant to and in compliance with the Preliminary Approval

Order and that the notice methodology adopted pursuant to such Order and the Settlement Agreement were the best notice practicable, satisfied due process requirements, and provided Class Members with fair and adequate notice of the certification of the Class and of the fairness hearing, adequate information concerning the fairness hearing, the right to be excluded from the Class, the settlement, and the right of counsel for Plaintiff to apply for an award of attorneys' fees and expenses.

4. The terms of the settlement, as set forth in the Settlement Agreement, are hereby determined to be fair, reasonable and adequate and in the best interests of members of the Class. Accordingly, said Settlement Agreement, including each of its respective terms and conditions, is hereby finally approved by and incorporated as part of this Final Judgment. Capitalized words and terms in this Final Judgment have the same meaning as defined in the Settlement Agreement.

5. The Court finds that the Parties have substantially complied with the requirements of the Class Action Fairness Act of 2005, 28 U.S.C. §1711 *et seq.*

6. Bristol West shall deposit the Claims Fund with the Class Administrator, in the manner and within the time set forth in the Settlement Agreement. Disbursements to Authorized Claimants shall be made by the Class Administrator in the amounts and in the manner provided in the Settlement Agreement.

7. Incentive compensation in the amount of $3,000 shall be paid to the Representative Plaintiff within 7 days of the Effective Date of the Settlement Agreement.

8. The sum of $230,625.00 is hereby awarded as the entire attorneys' fees and costs in this action, covering all fees for legal services, all costs, all disbursements, all out-of-pocket expenses and all other expenditures, in connection with this Litigation on behalf of Plaintiff and the Class. This sum shall be paid within 7 days of the Effective Date of the Settlement

Agreement, subject to the terms and conditions set forth in the Settlement Agreement. The Court making specific findings as stated on the record, finds the attorney's fees reasonable under the circumstances.

9. The Class Administrator shall discharge all aspects of notice, payment, and other settlement administration in accordance with the Settlement Agreement.

10. The Court hereby enters judgment fully and finally terminating all claims, on the merits and with prejudice, that are pending against Bristol West in the Litigation, and each and all of their parents, subsidiaries, divisions, joint venturers, and related and affiliated entities, and all of their respective past and present predecessors, successors, assigns, attorneys, accountants, representatives officers, directors, employees, agents, and independent contractors (collectively, "Released Parties"), and finds that Plaintiff and all Class Members who have not timely and properly excluded themselves, regardless of whether such Class Members have claimed or obtained benefits hereunder, shall, by operation of this Order, on behalf of themselves, their heirs, executors, administrators, successors and assigns, and any persons they represent, with respect to each and every Settled Claim, release and forever discharge, covenant not to sue, and shall forever be enjoined from prosecuting or receiving any compensation, remuneration, or restitution on account of any Settled Claims against any of the Released Parties beyond what is provided for in this Settlement Agreement; Provided that, nothing in this Settlement Agreement shall be deemed to alter a Class Members' contractual rights under their respective insurance policies, including, but not limited to, a Class Members' contractual right to make a claim for benefits that will become payable in the future pursuant to the express terms of the policy forms issued by Bristol West. Without in any way limiting the scope of this Settlement Agreement, the Settled Claims being released include, without limitation, any and all claims for attorneys' fees,

costs or disbursements incurred by Class Counsel or any other counsel representing Plaintiff or Class Members, or by Plaintiff or the Class Members, or any of them, in connection with or related in any manner to the Action, the settlement of the Action, the administration of such settlement and/or the Settled Claims, except to the extent otherwise specified in this Settlement Agreement.

11. All Class Members who have not timely and properly excluded themselves from the Class are permanently enjoined, in either an individual or representative capacity, from filing, commencing, prosecuting, continuing, litigating, intervening in, participating in as class members or otherwise, or seeking to certify a class in, or organizing owners of policies of Bristol West into separate class of persons, as a purported class action (including by seeking to amend a pending complaint to include class allegations), or receiving any benefits or other relief from, any other lawsuit, arbitration or administrative, regulatory or other proceeding or order in any jurisdiction, based on or relating to the claims and causes of action asserted in this Litigation, the facts and circumstances relating to this Litigation, or the claims released in paragraph 10.

12. Neither this Final Judgment, the Settlement Agreement, the fact of settlement, the settlement proceedings, settlement negotiations, nor any related document, shall be used as an admission of any act or omission by Bristol West or any other Released Party or be offered or received in evidence as an admission, concession, presumption, or inference of any wrongdoing by Bristol West or any other Released Party in any proceeding, other than such proceedings as may be necessary to consummate or enforce the Settlement Agreement or this Final Judgment.

13. The Parties are hereby authorized without further approval from the Court to adopt such amendments or modifications of the Settlement Agreement and all exhibits thereto as shall be consistent in all respects with the Settlement Order and Final Judgment and do not limit

the rights of Settlement Class Members.

14. Without affecting the finality of this Order, the Court retains jurisdiction over this Settlement to the extent necessary to implement, enforce, and administer the Settlement Agreement and this Final Judgment. Notwithstanding the foregoing, this Order constitutes a final and complete adjudication of Plaintiff's claims against Bristol West and the Court expressly determines that there is no just reason for delay pursuant to Rule 54(B).

s/Arthur J. Tarnow  
ARTHUR J. TARNOW  
SENIOR U.S. DISTRICT JUDGE

Dated: October 17, 2012

Person Requesting Exclusion

|  | Name of Person Requesting Exclusion |
|---|---|
| 1 | AARON PARLING |
| 2 | ABELINO RODRIGUEZ-ALMANZA |
| 3 | ADAM AL-SALAMY |
| 4 | ADRIANA DOMINGUEZ |
| 5 | ALBREETA KAIGLER |
| 6 | ALI DAABOUL |
| 7 | ALI WAREDNI |
| 8 | ALICE GIBSON |
| 9 | ALICE HARRIS |
| 10 | ALICE SPENCE |
| 11 | ALLISON BURGESS |
| 12 | AMANDA HATHAWAY |
| 13 | ANDREA KODAT |
| 14 | ANGELA BRAND |
| 15 | ANN YEZBECK |
| 16 | ANTHONY MCDANIEL |
| 17 | ANTONIO BERTZEMIS |
| 18 | APRIL OAKLEY |
| 19 | ASMIRA LEVIC |
| 20 | AUBREE PHILLIPS |
| 21 | BAHJET ALRUBAAI |
| 22 | BARBARA FISKIEWICZ |
| 23 | BARON BOGGERTY |
| 24 | BARRY PHILLIPS |
| 25 | BEATRICE GUBANCHE |
| 26 | BETTY MOXLEY |
| 27 | BONNIE LAWRENCE |
| 28 | BRANDON VANETTEN |
| 29 | BRANDY BAKER |
| 30 | BRIAN SAVAGE |
| 31 | CARL FALK |
| 32 | CARL SMITH |
| 33 | CAROL DAVIS |
| 34 | CAROL GOODS |
| 35 | CAROL WILCOX |
| 36 | CAROLINE MATSON |
| 37 | CARRIE WOODWARD |
| 38 | CASSIE FAHRNER |
| 39 | CATHERINE GUY |
| 40 | CAYETANO CASTILLO |
| 41 | CHAO LOR |

| | |
|---|---|
| 42 | CHARITY LOSEY |
| 43 | CHARLENE LEWIS |
| 44 | CHARLENE MUTZ |
| 45 | CHARLES BOYD |
| 46 | CHARLES BOYD |
| 47 | CHARLES BOYD |
| 48 | CHARLES CARRAVALLAH |
| 49 | CHARLES FANKHAUSER |
| 50 | CHARLES FRAZIER |
| 51 | CHARLES GLEASON |
| 52 | CHARLES RUSH |
| 53 | CHARLES SPENCE |
| 54 | CHARLIE HILL |
| 55 | CHERYL VERCAMMEN |
| 56 | CHRIS KEGELMANN |
| 57 | CHRISTINE LENTINE |
| 58 | CHRISTINE SCURTO |
| 59 | CHRISTOPHER DEMAS |
| 60 | CHRISTOPHER WILEY |
| 61 | COURTENAY PAPPLE |
| 62 | CURTIS TRUSEL |
| 63 | CYNTHIA MCREE |
| 64 | CYNTHIA THOMAS |
| 65 | DALE BOBCHIK |
| 66 | DALIA MAYORGA |
| 67 | DANIELLE WILLSON |
| 68 | DAVID BOMMERITO |
| 69 | DAVID LEE |
| 70 | DAVID MARSHALL |
| 71 | DAVID WOLTERS |
| 72 | DAWN BALLENTINE |
| 73 | DAWN CLARK |
| 74 | DAWN PIKAAR |
| 75 | DAWN VINTON |
| 76 | DEANDRA LIDELL |
| 77 | DEBORAH STRAUGHEN |
| 78 | DEBORAH TRUXAL |
| 79 | DEBRA LEWIS |
| 80 | DEIDRA WHITTIE |
| 81 | DELORES ALFORD |
| 82 | DEMEKA SAFFOLD |
| 83 | DENNIS CASE |
| 84 | DESHAWN DUNIGAN |
| 85 | DIANE BLACK |

| | |
|---|---|
| 86 | DIANE BUTLER |
| 87 | DIANNA LOCKE |
| 88 | DONNIE HUFFMAN |
| 89 | DOUG IVES |
| 90 | DOUGLAS GROTH |
| 91 | DOUGLAS HERINGTON |
| 92 | DUTCH LOSIK |
| 93 | ED SLUIJER II |
| 94 | ELISSE LESTER |
| 95 | ELIZABETH GONZALEZ-SALDANA |
| 96 | ELIZABETH GRABKE |
| 97 | ELLEN MAIZE |
| 98 | ERIC CURRIE |
| 99 | ERIC KROZIER |
| 100 | EULA HARRIS |
| 101 | FAROUK HASSAN |
| 102 | FIRAS ELIAS |
| 103 | FRANCES HORAN |
| 104 | FRANCINE POSEY |
| 105 | FRANCIS ANTOZAK |
| 106 | FRED HUTCHERSON |
| 107 | FRED SLABIAK |
| 108 | GARY BROOME |
| 109 | GARY GREENWELL |
| 110 | GARY RADANT |
| 111 | GENNIFER LAMBERT |
| 112 | GEORGE MEANES |
| 113 | GEORGE MILLER |
| 114 | GEORGE RHOADS |
| 115 | GERALD CUDDINGTON |
| 116 | GERALD EDGAR JR |
| 117 | GERARD MEIRTHEW |
| 118 | GHEORGHE VIDICAN |
| 119 | GLEN VANMALSEN |
| 120 | GLENDA TANCHICK |
| 121 | GLORIA SALIUS |
| 122 | GREGORY GATH |
| 123 | GRETCHEN ALLINSON |
| 124 | HELEN ADAMS |
| 125 | HELEN LEE |
| 126 | HENRY TALBERT |
| 127 | HERB LARRANCE |
| 128 | HOLLY HUIZAR |
| 129 | HOLLY IVES |

| | |
|---|---|
| 130 | HOWARD ROBINSON |
| 131 | IRENE SNEDDON |
| 132 | ISIDRO SANDOVAL |
| 133 | JACINTO MEDILLEN-CORNEJO |
| 134 | JAMES KING |
| 135 | JAMES LAURY |
| 136 | JAMES MOBLEY JR |
| 137 | JAMES WOLVIN |
| 138 | JAMIE MILLER |
| 139 | JAMIE SMITH |
| 140 | JAMMIE DRAGONETTI |
| 141 | JANET SPORE |
| 142 | JASON FLATT |
| 143 | JASON MIRO |
| 144 | JAYLYNN WALSH |
| 145 | JEANETTE SCHNEIDER |
| 146 | JEFFERY HOWE |
| 147 | JEFFERY LATKA |
| 148 | JENNI FADDOUL |
| 149 | JENY NGUYEN |
| 150 | JEREMIAH KEELER |
| 151 | JESSICA ADAMS |
| 152 | JESSICA MC GARVEY |
| 153 | JESSICA SLAVEN |
| 154 | JESSIE SMITH |
| 155 | JESUS GASPAR-LUCAS |
| 156 | JOAN ZUPPKE |
| 157 | JOBRAN REFAI |
| 158 | JOHN HENDRICKS |
| 159 | JOHN HODGE |
| 160 | JORGE MANUEL |
| 161 | JOSE GARCIA |
| 162 | JOSE RINCONES |
| 163 | JOSHUA BUCHANAN |
| 164 | JOYCE LAMARRA |
| 165 | JUANITA DEMAAT |
| 166 | JUDITH ESPER |
| 167 | JUDITH TURNER |
| 168 | JUDY BOYER |
| 169 | JULIE JOYAL |
| 170 | JUNE GARCIA |
| 171 | JUSTIN MONTGOMERY |
| 172 | KAIA THOMAS |
| 173 | KAREN THOMAS |

| | |
|---|---|
| 174 | KATHLEEN BOYD |
| 175 | KATHLEEN DAGOSTINO |
| 176 | KATHLEEN THOMAS |
| 177 | KATHY CHERNENKO |
| 178 | KATHY MCGLASHEN |
| 179 | KATIE SCHAUB |
| 180 | KEITH WHITE |
| 181 | KELLY FRIZZLE |
| 182 | KELLY GERMAIN |
| 183 | KEN JACKSON |
| 184 | KENNETH WESTFALL |
| 185 | KEVIN EMMONS |
| 186 | KIMBERLY MAJOR |
| 187 | KIMBERLY YOUNGS |
| 188 | KRISTEN SLAYDEN |
| 189 | KRISTIN FORESTER |
| 190 | KULDIP SINGH |
| 191 | KYLIE CLARK |
| 192 | LANA LUSK |
| 193 | LAQUISE SMITH |
| 194 | LARRY CARTER |
| 195 | LAURA INGHAM |
| 196 | LAURA KENNON |
| 197 | LAURIE GAPSKE |
| 198 | LAURIE NAVARRE |
| 199 | LAYCEE BRICKER |
| 200 | LEAH DELINE |
| 201 | LEANNE PRATT |
| 202 | LINDA ABBOTT |
| 203 | LINDA GARZA |
| 204 | LINDA HELMINSKI |
| 205 | LINDA POTTER |
| 206 | LINDA SANDERS |
| 207 | LINDA WROBLEWSKI |
| 208 | LISA BAUMAN |
| 209 | LISA SCHNEIDER |
| 210 | LISA WALTER |
| 211 | LORETTA COCKRELL |
| 212 | LOTTIE HUGHLEY |
| 213 | LYNN STALKER |
| 214 | M PANTOJA |
| 215 | MA YANG |
| 216 | MAHFOUZ FADEL |
| 217 | MAKITO MORI |

| | |
|---|---|
| 218 | MALVINDA JONES |
| 219 | MARGARET MEYER |
| 220 | MARGARET SCHLACK |
| 221 | MARGIE GREGGS |
| 222 | MARK BROWNING |
| 223 | MARK BUTER |
| 224 | MARK HELTUNEN |
| 225 | MARK TENHOPEN |
| 226 | MARK ZAPPA |
| 227 | MARLENE LAMB |
| 228 | MARSHA PERSAILS |
| 229 | MARTHA THAMES |
| 230 | MARTTI PEEPLES |
| 231 | MARY BELBACK |
| 232 | MARY DARBY |
| 233 | MARY KENNEDY-JACOB |
| 234 | MARY SEBERO |
| 235 | MATTHEW LENNOX |
| 236 | MAUREEN ELAM |
| 237 | MAXINE REED |
| 238 | MELEA PRICE |
| 239 | MELISSA JONES |
| 240 | MELISSA RACKLIFF |
| 241 | MELVIN WISEMAN |
| 242 | MERLYN CHARBONEAU |
| 243 | MICHAEL ANDERSON |
| 244 | MICHAEL BERUTTI |
| 245 | MICHAEL DORNBACH III |
| 246 | MICHAEL DOST |
| 247 | MICHAEL HARPER |
| 248 | MICHAEL HORN |
| 249 | MICHAEL KENNICOTT |
| 250 | MICHELLE BILLMAIER |
| 251 | MICHELLE BRYCE |
| 252 | MIKE NEUMAN |
| 253 | MILDRED BOYLAN |
| 254 | MINDY BIDWELL |
| 255 | MOHAMAD FADEL |
| 256 | MOSES NAIF |
| 257 | MUSTAFA MECO |
| 258 | NANCY BOLMOWSKI |
| 259 | NANCY MARTIN |
| 260 | NANCY WHEELER |
| 261 | NICOLE COPELAND |

| | |
|---|---|
| 262 | NICOLE LIIMATTA |
| 263 | NICOLE VARGAS |
| 264 | NOURA SHAKKURI |
| 265 | OLIVER SHEPARD |
| 266 | PAMELA KILBY |
| 267 | PATRICIA BOESKOOL |
| 268 | PATRICIA CULVER |
| 269 | PATRICK RAY |
| 270 | PAUL CRON |
| 271 | PAUL GREENLEAF |
| 272 | PAUL GUYMER |
| 273 | PEGGY HUGHES |
| 274 | PHILIP THOMAS |
| 275 | PHILLIP SNOW |
| 276 | POLLY COOK |
| 277 | RAFAL KABICKI |
| 278 | RALPH MCCLAIN |
| 279 | RAYMOND CRANE JR |
| 280 | RAYMOND SABLOSKY |
| 281 | RENITA GILMORE |
| 282 | RHONDA COSBY |
| 283 | RICHARD BULL |
| 284 | RICHARD FLATT |
| 285 | RICHARD LANE |
| 286 | RICHARD MILLER |
| 287 | ROBERT ANDERSON |
| 288 | ROBERT FOLSOM |
| 289 | ROBERT GIBISAS |
| 290 | ROBERT PETERMAN |
| 291 | ROBERT RAYNER SR |
| 292 | ROBERT TIMMERMAN |
| 293 | ROBERTA FIELD |
| 294 | ROBERTA SPIKES |
| 295 | ROBERTO HERNANDEZ |
| 296 | ROBIN BARTSHE |
| 297 | ROBIN WARD |
| 298 | RODNEY LEE |
| 299 | ROSE WELLS |
| 300 | ROSEMARY DILEO |
| 301 | RUSSEL OVERMYER |
| 302 | RUTH BENNETT |
| 303 | SAADA REDA |
| 304 | SAMIR HERMIZ-ALKHOORI |
| 305 | SAMIUDDIN AHMED |

| 306 | SAMMY MARTIN |
|---|---|
| 307 | SAMSON BURSS |
| 308 | SAMUEL WELLS |
| 309 | SANDY RICHARDS |
| 310 | SANG TRAN |
| 311 | SANTOS GARCIA |
| 312 | SARAH DAHLEM |
| 313 | SARAH REIGLE |
| 314 | SAUNDRA GRAVES |
| 315 | SEMSIJA IBRAHIMOVIC |
| 316 | SHAHIRA MANCINI |
| 317 | SHARON MOE |
| 318 | SHARON VANDERWEL |
| 319 | SHIRLEEN MAGNAN |
| 320 | SHIRLEY EALY |
| 321 | SIHAM MAWRI |
| 322 | SILAS NICHOLS |
| 323 | SON PHAM |
| 324 | SONYA MCVAY |
| 325 | STEVE MEEKHOF |
| 326 | STEVEN OLIVER |
| 327 | STEVEN STEINBERG |
| 328 | SUE TRUSS |
| 329 | SUMMER ELARAMEEN |
| 330 | SUSAN CHAPUT |
| 331 | SUSAN LITTLE |
| 332 | SUSANNE DAVIS |
| 333 | SYLVIA COLEMAN |
| 334 | TAMEKA JOHNSON |
| 335 | TAMMY CHANADY |
| 336 | TANEKI DAVIS |
| 337 | TANYA GARDNER |
| 338 | TERESA SANFORD |
| 339 | TERESA SPRINGER |
| 340 | THERESA FISHER |
| 341 | THOMAS HALVORSEN |
| 342 | TINA ALLBEE |
| 343 | TINA BULLARD |
| 344 | TOMIKIA GARDNER |
| 345 | TONY ANDERSON |
| 346 | TYLER FANSON |
| 347 | VALINDA ASIEDU |
| 348 | VANCE D SHARLOW |
| 349 | VANGJEL BETA |

| | |
|---|---|
| **350** | VERA MONGO |
| **351** | VERNETTA MULLER |
| **352** | VERSITA DAILEY |
| **353** | VICKI ABHRIEL |
| **354** | VICTOR KOCH |
| **355** | VICTORIA BARASH |
| **356** | VINCENT JOHNSON |
| **357** | WALTER ANTHONY SAWICKI |
| **358** | WANDA LEWIS |
| **359** | WENDY SADLER |
| **360** | WILLIAM WATERS |
| **361** | XIANGQUAN JIA |
| **362** | YEE LEE |
| **363** | YVONNE WASHE |
| **364** | ZIZA CELOVIC |